**In the Matter of Robert C. POWELL.**

Civ. A. No. 87–1151.
Bankruptcy No. 86–03909K.

United States District Court,
E.D. Pennsylvania.

April 30, 1987.

Leslie J. Carson, Jack K. Miller, James J. O'Connell, Philadelphia, Pa., for plaintiffs.

## ORDER

NEWCOMER, District Judge.

AND NOW, this 30th day of April, 1987, upon consideration of the parties' briefs and relevant caselaw, it is hereby Ordered that appellant's appeal of the Bankruptcy Court's Order is DENIED and the Bankruptcy Court's determination is AFFIRMED.

The issue in this case is whether a mortgagee is entitled to interest on prepetition arrearages in a Chapter 13 proceeding. In

the notice of appeal counsel for appellant stated that the issue in the present appeal was the same legal issue presented in *In re Small,* No. 86–6874 (E.D.Pa.) and *In re Capps,* No. 87–0056 (E.D.Pa.).

I choose to follow Judge Giles' well-reasoned opinion in *Capps,* slip op. (E.D.Pa. March 17, 1987) in which the Court affirmed the Bankruptcy Court's decision which denied a claim for interest on arrearages. The *Capps* rationale was adopted recently in *In re Rice,* 75 B.R. 47, (E.D.Pa. 1987) (Bechtle, J.). Furthermore, support for my determination may be found in *In re Terry,* 780 F.2d 894 (11th Cir.1985). *Butt see In re Colegrove,* 771 F.2d 119 (6th Cir.1985). Accordingly, the Bankruptcy Court's Order is affirmed.

AND IT IS SO ORDERED.